

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
A.S., an infant by and through his mother and
natural guardian Tara Moccio,
              Plaintiff,

v.

CONNECTICUT POWER FIT EXPO LLC,
ANTHONY COGLIANDRO, and DONALD
RODRIGUES;
              Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6223 (VB)

    On September 22, 2022, plaintiff filed a stipulation signed by counsel for plaintiff and defendant Connecticut Power Fit Expo LLC ("Connecticut Power"), which the Court So Ordered, extending Connecticut Power's time to answer the amended complaint to October 20, 2022. To date, Connecticut Power has not formally appeared in this case and has not answered, moved, or otherwise responded to the amended complaint.

    Accordingly, the Court sua sponte extends Connecticut Power's time to answer, move, or otherwise respond to the amended complaint to October 31, 2022.

    Counsel for plaintiff is directed to serve this Order on counsel for Connecticut Power and to file proof of such service on the docket by October 25, 2022.

    Chambers will mail a copy of this Order to defendants Anthony Cogliandro and Donald Rodrigues at the following addresses. The Clerk is directed to update the addresses on the docket for defendants Anthony Cogliandro and Donald Rodrigues to the below.

    Anthony Cogliandro
    93 Cogliandro Dr.
    Acton, ME 04001

    Donald Rodrigues
    21 Kingswood Drive
    Coventry, RI 02816

Dated: October 24, 2022
         White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge