UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
A.S., an infant by and through his mother and
natural guardian Tara Moccio,
                Plaintiff,

v.

CONNECTICUT POWER FIT EXPO LLC,
ANTHONY COGLIANDRO, and DONALD
RODRIGUES;
                Defendants.
--------------------------------------------------------------x



**ORDER**

22 CV 6223 (VB)

    In their proposed Civil Case Discovery Plan and Scheduling Order, the parties state they consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). (Doc. #28 ¶ 1).

    If the parties do intend to consent to conducting all further proceedings before a Magistrate Judge, the parties shall complete and fully-execute the attached Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, and file it on the ECF docket by **November 18, 2022**. The form requires scanned images of original signatures.

    If the parties do not intend to consent to a Magistrate Judge, they may file a corrected proposed Civil Case Discovery Plan and Scheduling Order in lieu of an executed consent form.

    Plaintiff is directed to serve a copy of this Order, as well as a copy of the Notice of Initial Conference (Doc. #21), on pro se defendant Anthony Cogliandro <u>by email</u>, and to file proof of such service on the ECF docket, by **November 16, 2022**.

Dated: November 15, 2022
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge

# UNITED STATES DISTRICT COURT
for the

| | ) | |
|---|---|---|
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| _Defendant_ | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____    _____
                                       *District Judge's signature*

                                 _____
                                       *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.