Copies Mailed/Faxed 2/9/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
A.S., an infant by and through his mother and
natural guardian Tara Moccio,
                Plaintiff,

v.

CONNECTICUT POWER FIT EXPO LLC,
ANTHONY COGLIANDRO, and DONALD
RODRIGUES;
                Defendants.
------------------------------------------------------------x

**ORDER**

22 CV 6223 (VB)

2/9/23

      The Court has been advised that the parties have settled this case. (Doc. #38).

      Counsel for plaintiff seeks "permission to file the Infant Compromise papers in Dutchess County Supreme Court," where "[a] separate, but related action, was filed." Id. However, SDNY Local Civil Rule 83.2(a) requires the Court to approve any settlement of an action by or on behalf of an infant.

      Accordingly, by March 2, 2023, the parties shall move for approval of the settlement in this case pursuant to Rule 83.2(a).

      Chambers will mail a copy of this Order to Mr. Cogliandro at the address listed on the docket.

Dated: February 9, 2023
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge